UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        Plaintiff,                UNSEALING ORDER
                                                  01-cr-6001L

     v.

ANTHONY F. LEONARDO, JR., AND
DARRYL T. GRAHAM,

        Defendants.
_____


UNITED STATES OF AMERICA,

        Plaintiff,                UNSEALING ORDER
                                                  01-cr-6002L

     v.

ANTHONY F. LEONARDO, JR., AND
ALBERT RANIERI,

        Defendants.
_____

     Democrat and Chronicle reporter, Gary Craig, made a request to unseal any sealed portion of the detention decision and the detention hearing transcripts in this case. Neither the government nor counsel for defendants Leonardo, Ranieri and Graham have any objection to said request, the Court finds no need to keep any document or transcript generated with respect to the detention hearing under further seal. Accordingly, the following documents are unsealed as of the date of this Order:

(1) Proffer summary [document #14 in 01cr6001 and the same document is #8 in 01cr6002],

(2) Exhibit A [document #25 in 01cr6001 and the same document is #19 in 01cr6002],

(3) Order [document #34 in 01cr6001 and the same document is #29 in 01cr6002],

(4) Transcript [document #57 in 01cr6001 and the same document is document #50 in 01cr6002],

(5) Transcript [document #58 in 01cr6001 and the same document is #51 in 01cr6002].

SO ORDERED.

_____
JONATHAN W. FELDMAN
UNITED STATES MAGISTRATE JUDGE

Dated: May 12, 2005
       Rochester, New York